Randolph S. Hicks, Esq. - SBN 83627
Sarvenaz J. Fahimi, Esq. - SBN 226148
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
RHicks@chdlawyers.com

*E-FILED - 8/25/09*

ATTORNEYS FOR Defendant
Progressive Northern Insurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE LYNN RAISNER ZIMPLEMAN, | No. C09 03306 -RMW |
| Plaintiffs, | **STIPULATION AND ORDER DISMISSING SECOND CAUSE OF ACTION OF COMPLAINT** |
| vs. | |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, and DOES 1 through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO by and through their respective counsel, that the second cause of action of plaintiff's complaint for breach of the implied covenant of good faith and fair dealing be dismissed with prejudice and that defendant Progressive Northern Insurance Company shall file an answer to the first cause of action of the complaint.

Dated: August 13, 2009

CODDINGTON, HICKS & DANFORTH

By: _____
Randolph S. Hicks
Attorneys for Defendant
Progressive Northern Insurance Company

[signatures continued on page 2]

---

Stipulation and Order Dismissing Second Cause of
Action of Complaint; Case No. C09 03306

[signatures continued from page 1]

Dated: August 13, 2009

MEIS & ASSOCIATES

By: _____
Fred G. Meis
Michael P. Purcell
Attorneys for Plaintiff
Sadie Lynn Raisner Zimpelman

## ORDER

The court concurs with the foregoing stipulation and it is hereby ordered that the second cause of action of the complaint for breach of the implied covenant of good faith and fair dealing is dismissed and that defendant Progressive Northern Insurance Company shall file an answer to the first cause of action of the complaint on or before August 27, 2009.

Dated: 8/25/09

_Ronald M. Whyte_
The Honorable Ronald M. Whyte

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400