Randolph S. Hicks, Esq. - SBN 83627
Sarvenaz J. Fahimi, Esq. - SBN 226148
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027

**E-FILED - 10/20/09***

**ATTORNEYS FOR** Defendant
Progressive Northern Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE LYNN RAISNER ZIMPELMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY, and DOES 1 through X, inclusive,<br><br>Defendants. | No. C09 03306<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, by and through their respective counsel, that defendant Progressive Northern Insurance Company's time to file and serve its Answer will be extended to, and including, September 2, 2009. Progressive Northern Insurance Company attaches hereto a declaration in support of this Stipulation, pursuant to Civil L.R. 6-1(b) and L.R. 6-2.

Dated: August 27, 2009          CODDINGTON, HICKS & DANFORTH


By: _____/s/_____
    Sarvenaz J. Fahimi*
    Attorneys for Defendant
    Progressive Northern Insurance Company

Stipulation and Order Extending Time to Answer;
Case No. C09 03306

1  (*) I hereby attest that I have on file all holograph signatures for any signatures indicated
2  by a "conformed" signature (/s/) within this e-filed document.
3  Dated: August 27, 2009    MEIS & ASSOCIATES

By: _____/s/_____
    Fred G. Meis
    Michael P. Purcell
    Attorneys for Plaintiff
    Sadie Lynn Raisner Zimpelman

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 10/20/09         *Ronald M. Whyte*
                        The Honorable Ronald M. Whyte

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400